FILED
2018 Jul-12 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ORRIN MARABLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 7:18-cv-00573-VEH-SGC |
| DR. DUBOSE, H.C.U. Doctor, et al., | ) |
| Defendants. | ) |

## ORDER

The plaintiff filed a *pro se* amended complaint in which he states claims for deliberate indifference to his medical needs during his incarceration in multiple prisons within the State of Alabama. (Doc. 13). On May 31, 2018, the magistrate judge entered a report recommending the plaintiff's claims arising from his incarceration in Easterling Correctional Facility, which is located in the Middle District of Alabama, be severed from his claims arising from his incarceration in this district at Bibb Correctional Facility. (Doc. 16). The magistrate judge further recommended that the severed claims be transferred to the United States District Court for the Middle District of Alabama. (*Id.*). Although the report and recommendation notified the plaintiff of his right to file objections, the plaintiff has not objected; the time to object has expired.[1]

---

[1] The plaintiff filed an objection and response to the Order for Special Report (Doc. 21), an affidavit (Doc. 22), interrogatories (Doc. 23), a motion to appoint counsel (Doc. 24), and a motion for

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** the plaintiff's claims against defendant Dr. Dubose are **SEVERED** from this action and **TRANSFERRED** to the United States District Court for the Middle District of Alabama. The claims against defendant V. Odom remain pending in this action.

**DONE** and **ORDERED** this the 12th day of July, 2018.

Virginia Emerson Hopkins
United States District Judge

---

preliminary injunction (Doc. 25), all of which are dated June 29, 2018, and were docketed by the court on July 9, 2018. None of these pleadings address the recommendation that the plaintiff's claims against Dr. Dubose be transferred to the Middle District of Alabama.